DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARVIN A. FREEMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2210

[October 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 1983CF001374AMB.

Marvin A. Freeman, Cross City, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***